UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Justin Mark,            Case No. 21-CV-1646 (SRN/TNL)

    Petitioner,

v.            **ORDER**

B. Birkholz et al.,

    Respondents.

Justin Mark, Reg. No. 16060-043, Federal Prison Camp, P.O. Box 1000, Duluth, MN 55814, Petitioner pro se.

Ana H. Voss and Chad A. Blumenfield, United States Attorney's Office, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415 for Respondents.

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Tony N. Leung dated October 12, 2021 [Doc. No. 6]. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED** that this action is DISMISSED WITHOUT PREJUDICE under Rule 41(b) for failure to prosecute.

LET JUDGMENT BE ENTERED ACCORDINGLY.

2

Dated:  October 29, 2021

s/Susan Richard Nelson  
SUSAN RICHARD NELSON  
United States District Judge